
# GELBER + SANTILLO

December 22, 2020

**VIA ECF**
The Honorable George B. Daniels
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Kennedy Reyes*, 13-CR-982 (GBD)

Dear Judge Daniels:

Our firm was recently retained to file a reply brief on behalf of Kennedy Reyes in connection with his pending compassionate release motion. We intend to file a reply brief by no later than December 29, 2020, and respectfully request that the Court consider the additional information we intend to include in our reply brief before deciding Mr. Reyes's pending motion for compassionate release. Thank you for your consideration.

Sincerely,

/s/ Kristen M. Santillo

Kristen M. Santillo

SO ORDERED:
/s/ George B. Daniels
George B. Daniels, U.S.D.J.
Dated: DEC 22 2020